RICE *et al.* v. JONES *et al.*

No. 1539.   Opinion Filed May 14, 1912.

(124 Pac. 67.)

APPEAL AND ERROR—Dismissal—Failure to File Brief. Where plaintiff in error files no brief, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court the appeal will be dismissed for want of prosecution.

(Syllabus by Rosser, C.)

*Error from District Court, McClain County;*
*R. McMillan, Judge.*

Action by C. T. Rice and A. M. Wilbern against C. R. Jones and J. H. Colby. Judgment for defendants, and plaintiffs bring error. Dismissed.

*Rennie, Hocker & Moore,* for plaintiffs in error.

*J. F. Sharp,* for defendants in error.

Opinion by ROSSER, C. The petition in error and transcript of the record was filed in this court March 9, 1910. Plaintiffs

in error have failed to file brief in the case. Petition in error should, therefore, be dismissed for want of prosecution. *Hass v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick,* 27 Okla. 779, 117 Pac. 200; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205; *Cox v. Rogers,* 30 Okla. 296, 119 Pac. 205; *Bender v. Bender,* 30 Okla. 288, 119 Pac. 205.

By the Court: It is so ordered.